# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WALLACE T. ROBINSON, SR.**  **PLAINTIFF**
**ADC #169328**

v.  Case No. 4:21-cv-00674-KGB

**ADAM CLARK,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are two Proposed Findings and Partial Recommendations ("Recommendations") submitted by United States Magistrate Patricia S. Harris (Dkt. Nos. 12, 45). The parties have not filed any objections to either of the Recommendations, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

Therefore, the Court dismisses without prejudice the Arkansas Department of Correction as a defendant for failure to state a claim upon which relief may be granted (Dkt. No. 12). The Court grants in part and denies in part defendants Adam Clark, Emmer Branch, and Thomas Hurst's ("the ADC defendants") motion for judgment on the pleadings (Dkt. No. 37). The Court rules as follows:

1. The Court dismisses without prejudice Mr. Robinson's claims against the Arkansas Department of Correction. The Clerk is directed to terminate the Arkansas Department of Correction as a defendant in this matter.

2. The Court grants the ADC defendants' motion for judgment on the pleadings as to Mr. Robinson's official capacity claims for money damages. Mr. Robinson's official capacity claims for money damages against the ADC defendants are dismissed with prejudice.

3. The Court denies the ADC defendants' motion for judgment on the pleadings as to Mr. Robinson's individual capacity claims for failure to protect, and Mr. Robinson is allowed to proceed on his failure-to-protect claims.

4. The Court grants the ADC defendants' motion for judgment on the pleadings as to Mr. Robinson's individual capacity claims for failure to train. Mr. Robinson's failure-to-train claims are dismissed without prejudice for failure to state a claim upon which relief can be granted.

It is so ordered this the 13th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge